GOLDIE ZIPKIN, RESPONDENT, v. MEYER HENDLER ET AL., APPELLANTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondent, *Louis Spiegel* and *Emanuel Ehren-kranz.*

For the appellants, *McCarter & English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.